```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE K05-0006--CV (JWS)
                     "THOMAS F. BARRETT III V UNION 23 SHEETMETAL"

               Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 11/07/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (720) Labor/Management Relations Act
                    INJUNCTION, DECLARATORY JUDGMENT
             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $250.00 on 11/07/05 receipt # 00001361
           Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BARRETT, THOMAS F. III | Herbert A. Viergutz<br>Barokas & Martin<br>1029 W. 3rd Avenue, Suite 280<br>Anchorage, AK 99501<br>907-276-8010<br>FAX 907-276-5334 |
| DEF 1.1 | SHEETMETAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 23 | No counsel found for this party! |
| DEF 2.1 | GARRETT, JOHN D. | No counsel found for this party! |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE K05-0006--CV (JWS)
                  "THOMAS F. BARRETT III V UNION 23 SHEETMETAL"

                              For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 11/07/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

    Nature of Suit: (720) Labor/Management Relations Act
                   INJUNCTION, DECLARATORY JUDGMENT
           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $250.00 on 11/07/05 receipt # 00001361
         Trial by: Jury


Document #    Filed       Docket text

    1 -   1   11/07/05    Complaint filed w/att exhs; Summons issued.

    2 -   1   11/07/05    PLF 1 Jury Demand.

    3 -   1   11/21/05    PLF 1 Return of Service on DEF 1 & Def 2; Executed 11/10/05.
```