Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Attorney for Thomas F. Barrett III

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT KETCHIKAN**

| | |
|---|---|
| THOMAS F. BARRETT III,<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,<br><br>    Defendants. | Case No. 5:05-cv-6 |

NOTICE OF NON-RECEIPT OF DEFENDANT'S COUNTERCLAIMS

COMES NOW counsel for Plaintiff, Thomas Barrett and herein advises the Court that he never received a copy of pleading titled "Defendants' Response to Complaint and Counterclaims" dated December 5, 2005, but no counterclaims are contained therein. As a result, Plaintiff did not file an Answer to "Defendants' Counterclaims" as referenced at Docket No. 6.

Dated this 18th day of April, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010  Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

1

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was mailed on the 18th day of April, 2006, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645
Fax: 746-3247

/s Herbert A. Viergutz