BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THOMAS F. BARRETT III | ) | |
|         Plaintiff(s) | ) | Case No.   K05-0006-CV |
| | ) | |
| | ) | |
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT | ) ) ) | |
|         Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on April 21, 2006 was attended by:

    Herbert A. Viergutz      attorney for plaintiff, Thomas Barrett

    Helene M. Antel          attorney for defendant, Sheet Metal Workers' International Association Local Union 23

    Helene M. Antel          attorney for defendant, John D. Garrett

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

    \_\_\_\_ have been exchanged by the parties

    \_X\_\_ will be exchanged by the parties by July 17, 2006

    Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

    Preliminary witness lists

        ___ have been exchanged by the parties

        _X_ will be exchanged by the parties by July 17, 2006

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

As articulated in Complaint and Answer

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

The issues addressed in the Complaint and Answer

    B. All discovery commenced in time to be completed by November 1, 2006 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories

           _X_ No change from F.R.Civ.P. 33(a)

           ___ Maximum of ___ by each party to any other party.

           Responses due in ___ days.

        2. Requests for Admissions.

           _X_ No change from F.R.Civ.P. 36(a).

           ___ Maximum of ___ requests.

           Responses due in ___ days.

        3. Depositions.

           _X_ No change from F.R.Civ.P. 36(a), (d).

        ___ Maximum of ___ depositions by each party.

        ___ Depositions not to exceed ___ hours unless agreed to by all parties.

D.    Reports from retained experts.

    ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    ___ Reports due:

        From plaintiff September 15, 2006    From defendant October 1, 2006

E.    Supplementation of disclosures and discovery responses are to be made:

    ___ Periodically at 60-day intervals from the entry of scheduling and planning order.

    ___ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ___ 45 days prior to the close of discovery.

    ___ Not later than October 1, 2006

5.    **Pretrial Motions**.

    ___ No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ___ Motions to amend pleadings or add parties to be filed not later than July 17, 2006.

    ___ Motions under the discovery rules must be filed not later than November 15, 2006.

3

SCHEDULING & PLANNING CONFERENCE REPORT

    ___    Motions in limine and dispositive motions must be filed not later than November 15, 2006.

6. **Other Provisions**:

    ___    The parties do not request a conference with the court before the entry of the scheduling order.

    ___    The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

    ___    This matter is not considered a candidate for court-annexed alternative dispute resolution.

    ___    The parties will file a request for alternative dispute resolution not later than September 1, 2006

    ___ Mediation    ___ Early Neutral Evaluation

The parties ___ ___ not consent to trial before a magistrate judge.

Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    ___ All parties have complied    ___ Compliance not required by any party

7. **Trial**.

    A.    The matter will be ready for trial:

    ___    45 days after the discovery close date.

                not later than February 1, 2007

B.    This matter is expected to take _____ days to try.

C.    Jury Demanded     No

                Right to jury trial disputed?    No

Dated this 11th day of May, 2006.     /s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501     Phone: (907) 276-8010
Facsimile: (907) 276-5334     barmar@gci.net
Alaska Bar No. 8506088

/s Helene Antel
_____

Dated this 11th day of May, 2006.

12050 E. Lady Slipper Lane
Palmer, AK 99645
Phone: (907) 222-7648
Facsimile: (907) 222-7648
Alaska Bar No. 7708086