Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Attorney for Thomas Barrett III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| THOMAS F. BARRETT III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS= INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,<br><br>　　　　Defendants. | Case No. 5:05-cv-6 |

## JOINT REQUEST

The parties request entry of the attached Scheduling and Planning Conference Report. However, the parties jointly request appointment of Judge Fitzgerald or Judge Holland to conduct a Settlement Conference.

Dated this 11th day of May, 2006.

　　　　　　　　　　/s Herbert A. Viergutz
　　　　　　　　　　_____
　　　　　　　　　　Herbert A. Viergutz, Alaska Bar No. 8506088
　　　　　　　　　　1029 West Third, Suite 280
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone: (907) 276-8010 Facsimile: (907) 276-5334
　　　　　　　　　　barmar@gci.net

Dated this 11th day of May, 2006.

/s Helene Antel
12050 E. Lady Slipper Lane
Palmer, AK 99645
Phone:  (907) 222-7648
Facsimile:  (907) 222-7648

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification and fax this 11th
day of May, 2006, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645
Fax: 746-3247

/s Herbert A. Viergutz