**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

THOMAS F. BARRETT, III   v.   LOCAL UNION 23, SHEETMETAL WORKERS INT'L ASSOC., et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.   5:05-cv-00006-JWS

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The title of defendants' answer filed at docket 4 reads "Defendants' Response to Complaint And Counterclaims." However, the document does not set forth any counterclaims. Accordingly, the words "And Counterclaims" are hereby **STRICKEN** from the title of the pleading at docket 4.

DATE: June 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]