BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| THOMAS F. BARRETT III,<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,<br><br>    Defendants. | Case No. 5:05-cv-00006-JWS |

### NOTICE OF ABSENCE

COMES NOW the undersigned counsel and herein advises the Court that he will be in Africa from July 19 through August 16, and will therefore be unable to file pleadings or attend Hearings during this time. The Court is respectfully requested to schedule Hearings and/or due dates for pleadings involving the undersigned's attention subsequent to August 16, 2006.

Dated this 18th day of July, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5

6  **CERTIFICATE OF SERVICE**
   I HEREBY CERTIFY that a true
7  copy of the above was mailed on
   the 18th day of July, 2006, to:
8
   Helene M. Antel
9  Attorney at Law
   12050 E. Lady Slipper Lane
10 Palmer, AK 99645

11 /s Herbert A. Viergutz

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26