**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

THOMAS F. BARRETT, III   v.   LOCAL UNION 23, SHEETMETAL WORKERS INTERNATIONAL ASSOC., et al.

THE HONORABLE JOHN W. SEDWICK      CASE NO.   5:05-cv-00006-JWS

Deputy Clerk                       Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

On July 18, 2006, Mr. Viergutz filed a notice stating that he was leaving for Africa the next day and would not be back until August 16, 2006. His unexpected departure renders it impossible for Judge Holland to be available for a settlement conference. For this reason, evaluation of the confidential settlement memoranda and any further settlement proceedings which they may warrant is withdrawn from Judge Holland and re-assigned to Hon. Timothy M. Burgess.

The confidential settlement memoranda received by Judge Holland will be transferred from Judge Holland's chambers to Judge Burgess' chambers. Judge Burgess has agreed to evaluate the memoranda, and if warranted, to conduct a settlement conference on a date which he will set by subsequent order, which date is likely to be during the week of August 27, 2006.

DATE:  July 21, 2006                ENTERED AT JUDGE'S DIRECTION
                                    INITIALS:   prr
                                          Deputy Clerk

[FORMS*IA*]