# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Barrett v. Sheet Metal Workers' International Association Local Union 23 et al.*
Case No. 3:05-cv-006 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have jointly moved for a settlement conference (Docket No. 10). Both parties have lodged settlement conference memoranda. The Court has considered the memoranda.

**IT IS HEREBY ORDERED:**

A settlement conference is scheduled for 10 a.m. on Thursday, August 24, 2006 in Courtroom 1.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:       August 9, 2006