1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5              IN THE UNITED STATES DISTRICT COURT

6            FOR THE DISTRICT OF ALASKA AT KETCHIKAN

7  THOMAS F. BARRETT III,

8              Plaintiff,

9  v.

10 SHEET METAL WORKERS' INTERNATIONAL
   ASSOCIATION LOCAL UNION 23; AND JOHN
11 D. GARRETT,                                Case No. 5:05-cv-006-TMB

12             Defendants.

13 **MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE**

14      COMES NOW the Plaintiff, and herein requests that the Settlement Conference
15 scheduled for August 24, 2006, at 10:00 a.m., be vacated and rescheduled. Counsel is
16 in Africa at present, and has previously scheduled depositions for August 24 and 25, 2006,
17 and a 2 day Mediation and depositions the week of August 28, 2006. Counsel requests
18 that the Settlement Conference be rescheduled for a date in September, 2006. Counsel
19 has Court Hearing scheduled for 9/5; 9/6 at 2:30; 9/18 at 2:00; 9/19 at 11:00; 9/28 at 3:00,

20

21      Dated this 10th day of August, 2006.

22                              /s Herbert A. Viergutz

23                              _____
                                Barokas Martin & Tomlinson
                                1029 West Third, Suite 280
24                              Anchorage, AK 99501
                                Phone: (907) 276-8010
25                              Facsimile: (907) 276-5334
                                barmar@gci.net
26                              Alaska Bar No. 8506088

1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

8  **CERTIFICATE OF SERVICE**
   I HEREBY CERTIFY that a true
9  copy of the above was mailed on
   the 10th day of August, to:

11 Helene M. Antel
   Attorney at Law
   12050 E. Lady Slipper Lane
12 Palmer, AK 99645

13 /s Herbert A. Viergutz