## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Barrett v. Sheet Metal Workers' International Association Local Union 23 et al.*
Case No. 5:05-cv-006 JWS

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff has filed a Motion to Vacate and Reschedule Settlement Conference.

**IT IS HEREBY ORDERED:**

The Motion to Vacate and Reschedule Settlement Conference is GRANTED. The Settlement Conference is rescheduled for 2:30 p.m. on Tuesday, September 5, 2006 in Chambers.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:        August 11, 2006