BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

THOMAS F. BARRETT III,

    Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,

    Defendants.

Case No. 5:05-cv-006-TMB

**MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE**

COMES NOW the Plaintiff, and herein moves the Court to issue an Order vacating and rescheduling the Settlement Conference set by this Court for September 5, 2006. Counsel's staff filed an Affidavit in support of the original motion to vacate and reschedule identifying that the undersigned has a conflict on September 5, 2006. Nevertheless, the Court set the Settlement Conference for September 5, 2006 at 2:30 p.m. The undersigned cannot attend on that date due to his involvement in proceedings in Wenburg v. Darling, Case No. Case No. 3AN-05-4599 SC, on September 5, 2006. As a result, the undersigned respectfully requests the Court to issue an Order vacating the September 5, 2006 Settlement Conference date and rescheduling the same for a mutually convenient date and time consistent with the attached Affidavit filed in support of the instant Motion.

1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5       Dated this 22nd day of August, 2006.

6
                                /s Herbert A. Viergutz
7                               _____
                                Barokas Martin & Tomlinson
8                               1029 West Third, Suite 280
                                Anchorage, AK 99501
9                               Phone: (907) 276-8010
                                Facsimile: (907) 276-5334
10                              barmar@gci.net
                                Alaska Bar No. 8506088
11

12

13

14
   **CERTIFICATE OF SERVICE**
15 I HEREBY CERTIFY that a true
   copy of the above was faxed on
16 the 22nd day of August, to:

17 Helene M. Antel
   Attorney at Law
18 12050 E. Lady Slipper Lane
   Palmer, AK 99645
19
   /s Herbert A. Viergutz
20

21

22

23

24

25

26
                                2