BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| THOMAS F. BARRETT III,<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,<br><br>    Defendants. | Case No. 5:05-cv-006-TMB |

### PROPOSED ORDER

IT IS HEREBY Ordered, Adjudged and Decreed that the Settlement Conference scheduled for September 5, 2006 at 2:30 p.m. is vacated and rescheduled for the ____ day of September, 2006, at ___ o'clock, ____.m.

Dated this _____ day of _____, 2006.

_____
U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was faxed on the 22nd day of August, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645

/s Herbert A. Viergutz

1