BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT KETCHIKAN

THOMAS F. BARRETT III,

    Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,

    Defendants.

Case No. 5:05-cv-006-TMB

## **AFFIDAVIT OF COUNSEL**

STATE OF ALASKA    )
    ) ss.
THIRD JUDICIAL DISTRICT    )

    Herbert A. Viergutz, being first duly sworn upon oath, deposes and states as follows:

1.    I counsel of record for Plaintiff in the above captioned action.

2.    I am involved in proceedings in Wenburg v. Darling, Case No. 3AN-05-4599 SC on September 5, 2006, from 9:00 a.m. through the remainder of that day. On September 6, 2006 I am in a Pretrial Conference in a criminal matter which commences at 2:30 p.m. The undersigned has a scheduling conflict on September 7, but is available September 8; 11; 12; 13; 15; 19; 20; 22; 26; 27; and 29.

1

1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5      FURTHER YOUR AFFIANT SAYETH NAUGHT.

6      Dated this _22_ day of August, 2006.

7                                    _____
8                                    Herbert A. Viergutz

9      SUBSCRIBED AND SWORN TO before me this _22_ day of August, 2006.

10
                                     _____
11                                   Notary Public in and for Alaska
                                     My Commission Expires: 11-17-06
12

13
   **CERTIFICATE OF SERVICE**
14 I HEREBY CERTIFY that a true
   copy of the above was faxed on
15 the 22nd day of August, to:

16 Helene M. Antel
   Attorney at Law
17 12050 E. Lady Slipper Lane
   Palmer, AK 99645
18
   /s Herbert A. Viergutz
19

20

21

22

23

24

25

26

                            2