BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

THOMAS F. BARRETT III,

      Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION LOCAL UNION 23; AND JOHN
D. GARRETT,

      Defendants.

Case No. 5:05-cv-006-TMB

## PARTIES ADVISEMENT OF AVAILABILITY FOR SETTLEMENT CONFERENCE

      Pursuant to Court Order, the parties advise the Court that they are available for Settlement Conference during the morning of September 13 or any time September 15.

      Dated this 28th day of August, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true
copy of the above was faxed on
the 28th day of August, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645

/s Herbert A. Viergutz