# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| *Thomas F. Barrett III* | v. | *Sheetmetal Workers International Association Local Union 23* |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 5:05-cv-00006-JWS |

PROCEEDINGS:    **ORDER FROM CHAMBERS**    Date: September 14, 2006

---

    The trial judge has been advised by the settlement judge, Hon. Timothy M. Burgess, that this case was settled at the settlement conference he conducted on September 13, 2006.

    Unless closing papers are sooner filed, counsel shall file a joint status report advising the court of the status of the settlement paperwork not later than September 29, 2006.