BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| THOMAS F. BARRETT III,<br><br>    Plaintiff,<br><br>v.<br><br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,<br><br>    Defendants. | Case No. 5:05-cv-006-JWS |

## STATUS REPORT

Counsel for Defendants has advised the undersigned that executed documents are being forwarded. The undersigned must then transmit the same to his client in Ketchikan. As a result, the parties require approximately 2 weeks additional time to formalize this matter, i.e., until October 30, 2006.

Dated this 10th day of October, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson, AK Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334
barmar@gci.net

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was faxed on October 10, 2006, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645

/s Herbert A. Viergutz