BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT KETCHIKAN

THOMAS F. BARRETT III,

    Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,

    Defendants.

Case No. 5:05-cv-006-JWS

## STATUS REPORT

COMES NOW counsel for Plaintiff, and herein advises the Court that he has received the executed settlement documents from Defendants, and has forwarded the same to his client in Ketchikan, Alaska for execution and return. Upon return of the executed settlement documents, the undersigned will forward the Stipulation for Dismissal With Prejudice. It is anticipated that this will occur prior to November 15, 2006.

Dated this 3rd day of November, 2006.

/s Herbert A. Viergutz

---
Barokas Martin & Tomlinson, AK Bar No. 8506088
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above was faxed on November 3, 2006, to:

Helene M. Antel
Attorney at Law
12050 E. Lady Slipper Lane
Palmer, AK 99645

/s Herbert A. Viergutz