BAROKAS MARTIN & TOMLINSON
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

Counsel for Thomas F. Barrett III

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT KETCHIKAN

THOMAS F. BARRETT III,

    Plaintiff,

v.

SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION 23; AND JOHN D. GARRETT,

    Defendants.

Case No. 5:05-cv-006-JWS

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through counsel of record, and herein Stipulate and Agree that this matter is dismissed with prejudice, with each party to bear its own costs and attorney fees, not to be inconsistent with the Mutual Release and Settlement Agreement entered into between the parties.

Dated this __8__ day of ~~October~~ *November*, 2006.

_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

Dated this __3__ day of October, 2006.

_____
Helene M. Antel, Alaska Bar No. 7911090

1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5      IT IS SO ORDERED.

6      Dated this _____ day of _____, 2006.

7

8                          _____
                           JUDGE OF U.S. DISTRICT COURT
9