1  BAROKAS MARTIN & TOMLINSON
   1029 West Third, Suite 280
2  Anchorage, Alaska 99501
   Phone: (907) 276-8010
3  Fax: (907) 276-5334

4  Counsel for Thomas F. Barrett III

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE DISTRICT OF ALASKA AT KETCHIKAN

7  THOMAS F. BARRETT III,
8           Plaintiff,
9  v.
10 SHEET METAL WORKERS' INTERNATIONAL
   ASSOCIATION LOCAL UNION 23; AND JOHN
11 D. GARRETT,                              Case No. 5:05-cv-006-JWS
12          Defendants.

13                    **PROPOSED ORDER**

14      IT IS HEREBY Ordered, Adjudged and Decreed that this matter is dismissed with
15 prejudice, with each party to bear its own costs and attorney fees, not to be inconsistent
16 with the Mutual Release and Settlement Agreement entered into between the parties.
17      Dated this _____ day of _____, 2006.
18
19                                       _____
                                         U.S. District Court Judge
20
   **CERTIFICATE OF SERVICE**
21 I HEREBY CERTIFY that a true
   copy of the above was emailed on
22 the 14th day of November, 2006, to:

23 Helene M. Antel
   Attorney at Law
24 12050 E. Lady Slipper Lane
   Palmer, AK 99645
25
   /s Herbert A. Viergutz
26

                                1