**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| *Thomas F. Barrett III* | v. | *Sheetmetal Workers International Association Local Union 23* |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 5:05-cv-00006-JWS |

PROCEEDINGS:     **ORDER FROM CHAMBERS**     Date:  November 15, 2006

    The stipulation at docket 31 is **APPROVED**.  This case is hereby dismissed with prejudice, each party to bear its own costs and fees and in accordance with the terms of the Mutual Release and Settlement Agreement entered by the parties.